UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Case No. 18-cv-510 (SRN/HB) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ANDREW TWEETEN IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT ELIZABETH CLYSDALE** |
| Elizabeth A. Clysdale, et al., | |
| Defendants. | |

ANDREW TWEETEN, being first duly sworn, states as follows:

1. I am an Assistant Attorney General with the Office of the Minnesota Attorney General, and I am the attorney representing Referee Elizabeth A. Clysdale, Defendant in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Register of Actions in *Miller v. Fredin*, Minnesota Second Judicial District Court Case No. 62-HR-CV-16-46, as retrieved from the Minnesota Court Information System (MNCIS).

3. Attached hereto as Exhibit 2 is a true and correct copy of the January 28, 2016 Order Granting Petition for Ex Parte Harassment Restraining Order in *Miller v. Fredin*, Minnesota Second Judicial District Court Case No. 62-HR-CV-16-46, as retrieved from MN Government Access (MGA).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Register of Actions in *Schaefer v. Fredin*, Minnesota Second Judicial District Court Case No. 62-HR-CV-16-411, as retrieved from the Minnesota Court Information System (MNCIS).

5.      Attached hereto as Exhibit 4 is a true and correct copy of the November 17, 2016 Order Granting Harassment Restraining Order After Hearing in *Schaefer v. Fredin*, Minnesota Second Judicial District Court Case No. 62-HR-CV-16-411, as retrieved from MN Government Access (MGA).

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Register of Actions in *Middlecamp v. Fredin*, Minnesota Second Judicial District Court Case No. 62-HR-CV-17-233, as retrieved from the Minnesota Court Information System (MNCIS).

7.      Attached hereto as Exhibit 6 is a true and correct copy of the October 2, 2017 Order Granting Harassment Restraining Order After Hearing in *Middlecamp v. Fredin*, Minnesota Second Judicial District Court Case No. 62-HR-CV-17-233, as retrieved from MN Government Access (MGA).

 s/ Andrew Tweeten
ANDREW TWEETEN

Subscribed and sworn to before me
this 25th day of April, 2018.

 s/ Rea J. Bastian
NOTARY PUBLIC
My Commission Expires Jan. 31, 2020