## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brock Fredin,

               Plaintiff,          Court File No. 18-cv-00466 (SRN/HB)

v.

Grace Elizabeth Miller, et al.,

               Defendants.

Brock Fredin,

               Plaintiff,          Court File No. 18-cv-00510 (SRN/HB)

v.

Elizabeth A. Clysdale, et al.,

               Defendant.

### AFFIDAVIT OF ADAM C. BALLINGER IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS GRACE MILLER, CATHERINE SCHAEFER AND LINDSEY MIDDLECAMP

I, Adam C. Ballinger, upon oath, states as follows:

1. I am attorney at the law firm of Ballard Spahr, LLP, and represent Grace Miller, Catherine Schaefer, and Lindsey Middlecamp, in the above-captioned proceedigs.

2. I submit the following documents in support of Defendants' Motion to Dismiss and supporting Memorandum:

3.

2

4. Attached hereto as Exhibit 1 is an article from the City Pages newspaper entitled "Accused stalker Brock Fredin is writing a horror story, and he's the main character." This article was published in February 2017.

5. Attached hereto as Exhibit 2 is the Order Granting Harassment Restraining Order After Hearing, signed on October 2, 2017, by Elizabeth Clysdale as the Referee of Ramsey County District Court, State of Minnesota.

Further your affiant sayeth not.


Dated: April 25, 2018             By:   Adam C. Ballinger
                                        Adam C. Ballinger (#0389058)