UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Brock Fredin,

          Plaintiff,

v.

Elizabeth A. Clysdale,
David E. McCabe,
Grace Elizabeth Miller,
Catherine Marie Schaefer,
Lindsey Middlecamp,
Teresa Warner,
Gurdip Singh Atwal,
Christy Snow-Kaster,

          Defendants

Case No. 18-cv-00510-SRN-HB

**AFFIDAVIT OF
DAVID McCABE**

---

STATE OF MINNESOTA )
                         ) ss.
COUNTY OF RAMSEY   )

David McCabe, being first duly sworn, deposes and states as follows:

1.    I am employed as a Sergeant with the City of Saint Paul Police Department.

2.    I am a named defendant in the above-captioned matter. I make this Affidavit in support of my Motion to Dismiss, and alternatively Motion for Summary Judgment.

3.    Attached as Exhibit A is a true and correct copy of the February 11, 2016, Supplemental Report regarding Complaint No. 16026382.

4. Attached as Exhibit B is a true and correct copy of the February 12, 2016, Supplemental Report regarding Complaint No. 16026382.

5. Attached as Exhibit C is a true and correct copy of the April 4, 2016, Supplemental Report regarding Complaint No. 16026382.

6. Attached as Exhibit D is a true and correct copy of the June 21, 2016, 12:03:00, Supplemental Report regarding Complaint No. 16026382.

7. Attached as Exhibit E are true and correct copies of the June 21, 2016, 12:07:00 and 12:14:00, Supplemental Reports regarding Complaint No. 16026382.

8. Attached as Exhibit F is a true and correct copy of the July 19, 2016, Supplemental Report regarding Complaint No. 16026382.

9. Attached as Exhibit G is a true and correct copy of the March 1, 2017, Supplemental Report regarding Complaint No. 16026382.

10. Attached as Exhibit H is a true and correct copy of the February 28, 2017, Supplemental Report regarding Complaint No. 16026382.

11. Attached as Exhibit I are true and correct copies of the March 7, 2017, Supplemental Reports regarding Complaint No. 16026382.

12. Attached as Exhibit J is a true and correct copy of the April 6, 2017, Supplemental Report regarding Complaint No. 16026382.

13. Attached as Exhibit K is a true and correct copy of the April 21, 2017, Supplemental Report regarding Complaint No. 16026382.

14. Attached as Exhibit L is a true and correct copy of the May 2, 2017, Supplemental Report regarding Complaint No. 16026382.

15. Attached as Exhibit M is a true and correct copy of the April 28, 2017, Supplemental Report regarding Complaint No. 16026382.

16. Attached as Exhibit N is a true and correct copy of the Hudson Police Department Incident Report Form regarding Case No. A17-2331, dated February 28, 2017, and Executed Search Warrant, dated April 27, 2017.

17. Attached as Exhibit O is a true and correct copy of the Application for Search Warrant and Supporting Affidavit, dated April 28, 2017.

FURTHER YOUR AFFIANT SAYTH NOT.

_____
DAVID McCABE

Subscribed and sworn to before me
this 24th day of April, 2018.

_____
Notary Public
My commission expires January 31, 2020

JULIE L. TINKHAM
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020