UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brock Fredin, | Case No. 18-cv-510 (SRN/HB) |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALETHEA HUYSER IN FURTHER SUPPORT OF MOTION TO DISMISS BY DEFENDANT ELIZABETH CLYSDALE** |
| Elizabeth A. Clysdale, et al., | |
| Defendants. | |

ALETHEA HUYSER, being first duly sworn, states as follows:

1. I am Assistant Solicitor General with the Office of the Minnesota Attorney General, and I am the attorney representing Referee Elizabeth A. Clysdale, Defendant in the above-captioned action.

2. Attached hereto as Exhibit 1 is a true and correct copy of the February 28, 2018 Order and Memorandum in *Middlecamp v. Fredin*, Minnesota Second Judicial District Court File No. 62-HR-CV-17-233, as retrieved from the Minnesota Court Information System (MNCIS).

                                                                               s/Alethea M. Huyser
                                                                               ALETHEA M. HUYSER

Subscribed and sworn to before me
this 30th day of May, 2018.

s/Pamela J. Hewitt
NOTARY PUBLIC
My commission expires January 31, 2022