UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Brock Fredin,

        Plaintiff,

v.

Elizabeth A. Clysdale,
David E. McCabe,
Grace Elizabeth Miller,
Catherine Marie Schaefer,
Lindsey Middlecamp,
Teresa Warner,
Gurdip Singh Atwal,
Christy Snow-Kaster,

        Defendants.

Case No. 18-cv-00510-SRN-HB

**SECOND AFFIDAVIT OF JUDITH A. HANSON**

---

STATE OF MINNESOTA )
                           ) ss.
COUNTY OF RAMSEY   )

Judith A. Hanson, being first duly sworn, deposes and states as follows:

1. I am an attorney licensed to practice law in the State of Minnesota, and am employed by the City of Saint Paul as an Assistant City Attorney.

2. I represent Sergeant David McCabe in the above-captioned matter.

3. I make this Affidavit in support of Defendant McCabe's Memorandum in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint.

4. Attached as Exhibit A is a true and correct copy of e-mail correspondence dated June 14, 2018, concerning Plaintiff's request to meet and confer.

FURTHER YOUR AFFIANT SAYTH NOT.

_____
JUDITH A. HANSON

Subscribed and sworn to before me
this 29th day of June, 2018.

_____
Notary Public

JOAN E. RICHARDSON
Notary Public-Minnesota
My Commission Expires Jan 31, 2020

2