## Hanson, Judy (CI-StPaul)

**From:** Huyser, Alethea <Alethea.Huyser@ag.state.mn.us>
**Sent:** Friday, June 15, 2018 1:55 PM
**To:** 'Brock F'; Hanson, Judy (CI-StPaul)
**Cc:** jon.breyer@kutakrock.com; Ballinger, Adam C.
**Subject:** RE: Fredin v. Clysdale, et al., 18-cv-00510 (SRN/HB)

Mr. Fredin,

Upon arriving to my office today, I received the redline you circulated at approximately 2:00 a.m. this morning. Due the length of the document (over 197 pages in total, most of which is new inserted "redline"), neither me nor my client are in a position to engage in any kind of meaningful meet and confer today.

Thank you,
Leah

Alethea M. Huyser
Tel: (651) 757-1243

**From:** Brock F [mailto:brockf12@gmail.com]
**Sent:** Friday, June 15, 2018 1:45 AM
**To:** Hanson, Judy (CI-StPaul)
**Cc:** jon.breyer@kutakrock.com; Ballinger, Adam C.; Huyser, Alethea
**Subject:** Re: Fredin v. Clysdale, et al., 18-cv-00510 (SRN/HB)

Per local Court rules, attached is the clean and red line copy. As a courtesy, I am available anytime Friday June 15th, 2018 to meet-and-confer. I did not receive any acknowledgement of my prior email seeking to meet-and-confer. Thus, I will assume this has been declined.

Brock Fredin

On Thu, Jun 14, 2018 at 10:16 AM, Hanson, Judy (CI-StPaul) <judy.hanson@ci.stpaul.mn.us> wrote:

I am out on Friday and not available for a meet and confer. Judy



**Judith A. Hanson**
*Assistant City Attorney*
Saint Paul City Attorney's Office

Civil Litigation Division
15 West Kellogg Boulevard, Suite 750
Saint Paul, MN 55102

The Most Livable City in America   **P:** (651) 266-8727

1

**EXHIBIT A**

F: (651) 266-8787

judy.hanson@ci.stpaul.mn.us



Making Saint Paul the Most Livable City in America

CONFIDENTIALITY NOTICE AND DISCLAIMER
The information contained in this transmission may be confidential and/or protected by attorney-client privilege, and is intended only for the person or persons to whom it is addressed. If you are not a person to whom this transmission was intended to be sent, you are hereby notified that any disclosure, copying or dissemination of the information contained herein is unauthorized. If you have received this transmission in error, please immediately contact this office by telephone, fax or email, to inform us of the error and to enable arrangements to be made for the destruction of the transmission, or its return at our cost. No liability is accepted for any unauthorized use of the information contained in this transmission.

**From:** Brock F [mailto:brockf12@gmail.com]
**Sent:** Thursday, June 14, 2018 8:33 AM
**To:** jon.breyer@kutakrock.com; Ballinger, Adam C.; Huyser, Alethea; Hanson, Judy (CI-StPaul)
**Subject:** Fredin v. Clysdale, et al., 18-cv-00510 (SRN/HB)

Please advise when you are able to meet-and-confer per the Court's local rules on Friday June 15th, 2018.  I will send a send a red-line version of the second amended complaint by close of business today.

---

This e-mail is intended to be read only by the intended recipient. This e-mail may be legally privileged or protected from disclosure by law. If you are not the intended recipient, any dissemination of this e-mail or any attachments is strictly prohibited, and you should refrain from reading this e-mail or examining any attachments. If you received this e-mail in error, please notify the sender immediately and delete this e-mail and any attachments. Thank you.