# UNITED STATES DISTRCT COURT
# DISTRICT OF MINNESOTA

Brock Fredin,

        Plaintiff,

v.                                                                                  Civil No. 17-3058 (SRN/HB)

Lindsey Middlecamp,

        Defendant.

---------------------------------------------------------

Brock Fredin,

        Plaintiff,

v.                                                                                  Civil No. 18-466 (SRN/HB)

Grace Elizabeth Miller, et al.,

        Defendants.

---------------------------------------------------------

Brock Fredin,

        Plaintiff,

v.                                                                                  Civil No. 18-510 (SRN/HB)

Elizabeth A. Clysdale, et al.,

        Defendants.

---------------------------------------------------------

Brock Fredin,

        Plaintiff,

v.                                     Civil No. 18-2514 (DWF/BRT)

Halberg Criminal Defense, et al.,

        Defendants.

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

Case Nos. 17-03058, 18-0466, and 18-0510 having been assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer and Case No. 18-2514 (DWF/BRT) having later been assigned to Judge Donovan W. Frank and Magistrate Judge Becky R. Thorson, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 18-2514 (DWF/BRT) be assigned to Judge Susan Richard Nelson and Magistrate Judge Hildy Bowbeer, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to void and reuse cards from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases Order filed July 5, 2017.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above-listed files.

Dated:   September 7, 2018                 s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge

Dated:   September 7, 2018                 s/Donovan W. Frank
                                                     DONOVAN W. FRANK
                                                     United States District Judge