RECEIVED
OCT 31 2018 27-2018
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Dear Judge Bowbeer,

RE: <u>All matters involving Broch Fredin</u>

rec'd 10/31/18 JMK

I write in reference to all matters involving me which may include:

- Fredin v. Middlecamp    16-cv-2411
- Fredin v. Clysdale et al.    17-cv-3058
- Fredin v. Miller et al.    18-cv-0510
- Fredin v. Hulberg Defense et al    18-cv-0466
-    18-cv-2514

Unfortunately, I received the harshest sentence in at least thirty four (34) years for a misdemeanor particularly when I have no criminal history and it happened three (3) years ago. I received a year sentence and will have to wait several months until the appellate court can correct the egregious actions by state defendants.

Therefore, I am respectfully requesting a stay in all matters until I can adequately gain access to necessary resources to respond to all legal

SCANNED NOV 01 2018 U.S. DISTRICT COURT ST. PAUL

matters:

I thank Your honor for your continued courtesies and attention to this matter.

Respectfully,

*Brock Fredin*
s/ Brock Fredin