UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brock Fredin,

    Plaintiff,

v.

Elizabeth A. Clysdale, David E. McCabe, Grace Elizabeth Miller, Catherine Marie Schaefer, and Lindsey Middlecamp,

    Defendants.

Civil No. 18-cv-0510 (SRN/HB)

**ORDER**

SUSAN RICHARD NELSON, United States District Judge

The above-entitled matter is before the Court on the Report and Recommendation of the United States Magistrate Judge [Doc. No. 106]. No objections have been filed to the Report and Recommendation in the time period permitted.

Accordingly, based on that Report and Recommendation, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation [Doc. No. 106] is **ADOPTED**;

2. Plaintiff Brock Fredin's Motion for Leave to File a Second Amended Complaint [Doc. No. 80] is **GRANTED**;

3. The Clerk's Office shall file and docket on Fredin's behalf the Second Amended Complaint, currently designated as a proposed second amended complaint [Doc. No. 80-1];

1

4. Plaintiff Brock Fredin's letter request for leave to file a third amended complaint [Doc. No. 89] is **DENIED**;

5. Defendant Referee Elizabeth Clysdale's Motion to Dismiss [Doc. No. 38], as applied to the now operative Second Amended Complaint, is **GRANTED**, and all claims against Referee Clysdale are **DISMISSED WITH PREJUDICE**;

6. Defendants Grace Elizabeth Miller, Catherine Marie Schaefer, and Lindsey Middlecamp's Motion to Dismiss [Doc. No. 44], as applied to the now operative Second Amended Complaint, is **GRANTED**, and all claims against these Defendants are **DISMISSED WITH PREJUDICE**; and

7. Defendant Sergeant David E. McCabe's Motion to Dismiss [Doc. No. 49], as applied to the now operative Second Amended Complaint, is **GRANTED**, as follows:

   a. Summary judgment is awarded on the search warrant-based retaliation claim in Count 1 of the SAC and on the *Franks*-based Fourth Amendment claim in Count 2 of the SAC; and

   b. All remaining claims against Sergeant McCabe are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 21, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge